ROSEMARY MISSISIAN (S.B. # 264032)
RMissisian@wwhgd.com
MARISA RODRIGUEZ-SHAPOVAL (S.B. # 302836)
MRodriguez-Shapoval@wwhgd.com
WEINBERG WHEELER HUDGINS GUNN & DIAL
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Fax: (702) 938-3864

BRYAN S. WESTERFELD (S.B.# 218253)
bwesterfeld@walravenlaw.com
JESSICA B. HARDY (S.B.# 246377)
jbh@walravenlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
United Healthcare Services, Inc.

FILED
CLERK, U.S. DISTRICT COURT
Jul 20, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE #2, JANE ROE #3, JOHN ROE #3, and JANE ROE #4,<br><br>        Plaintiffs,<br>vs.<br><br>JOHN FRANCIS MCGUIRE, M.D.; MICHAEL FORRESTER, M.D.; NORTH COUNTY ENT MEDICAL GROUP, AN ENTITY OF UNKNOWN FORM; COMMUNITY HEALTH SYSTEMS, INC., A DELAWARE CORPORATION; FALLBROOK HOSPITAL, A CALIFORNIA CORPORATION; UNITED HEALTHCARE SERVICES, INC. A CALIFORNIA CORPORATION, and DOES 1 THROUGH 80, INCLUSIVE,<br><br>        Defendants. | Case No. 5:16-CV-01532 SVW (SPx)<br><br>[~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT<br><br>(Superior Court of the State of California, County of Riverside, Riverside Historic Courthouse Case Number: MCC1600130)<br><br>Complaint Filed: February 18, 2016 |

# [PROPOSED] ORDER REMANDING ACTION TO STATE COURT

Having reviewed the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the "Notice of Removal of Action to Federal Court," filed on July 13, 2016, be withdrawn and that this case be remanded to the Superior Court of the State of California, County of Riverside, Judge Daniel Ottolia, Department 4, Riverside Historic Courthouse without costs or attorneys' fees to any party.

The Court further ORDERS that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The State court may thereupon proceed with this case.

SO ORDERED

DATE: July 20, 2016

*[signature]*

**HONORABLE STEPHEN V. WILSON**
Judge of the United States District Court

## PROOF OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of 18 years and not a party to the within action. My business address is 6385 S. Rainbow Blvd., Suite 400, Las Vegas, Nevada 89118.

On July 20, 2016, I served the foregoing document(s) described as

**[PROPOSED] ORDER REMANDING ACTION TO STATE COURT**

on all interested parties in this action as follows (or as on the attached service list):

John R. Mittelman, Esq.
MITTELMAN LAW FIRM
27349 Jefferson Avenue, Suite 105
Temecula, CA 92590
(951) 719-1412
(951) 719-1431 FAX
*Attorneys for Plaintiffs*

Jeffrey A. Milman, Esq.
HODES MILMAN LIEBECK MOSIER, LLP
9210 Irvine Center Drive
Irvine, CA 92618
(949) 640-8222
(949) 640-8294 FAX
*Attorneys for Plaintiffs*

Jeffrey S. Doggett, Esq.
Lauren E. Hardisty, Esq.
LOTZ, DOGGETT & RAWERS, LLP
101 West Broadway, Suite 1110
San Diego, CA 92101
(619) 233-5565
(610) 233-5564 FAX
*Attorneys for North County ENT Medical Group*

Daniel A. Cooper, Esq.
CARROLL, KELLY, TROTTER, FRANZEN, MCKENNA & PEABODY
225 Broadway, #1575
San Diego, CA 92101
(619) 814-5900
(619)814-5999 FAX
*Attorneys for John Francis McGuire, M.D.*

Scott D. Buchholz, Esq.
Moira S. Brennan, Esq.
Conner J. Holdsworth, Esq.
DUMMIT, BUCHHOLZ & TRAPP
101 W. Broadway, Suite 1400
San Diego, California 92101-8122
(619) 231-7738
(619) 231-0886 FAX
*Attorneys for Defendants Temecula Valley Hospital, Inc. and Universal Health Services, Inc.*

Michael R. Popcke, Esq.
DICARO, COPPO & POPCKE
2780 Gateway Road
Carlsbad, California 92009-1730
(760) 918-0500 ext. 11
(760) 918-0008 FAX
*Attorneys for Defendant Fallbrook Hospital*

1  ☐      (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Walraven & Westerfeld LLP, Aliso Viejo, California. I am readily familiar with Walraven & Westerfeld LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐      (VIA EXPRESS MAIL) I served the foregoing document(s) by Express Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with Express Mail postage thereon fully prepaid, for collection and mailing at Walraven & Westerfeld LLP, Aliso Viejo, California. I am readily familiar with Walraven & Westerfeld LLP's practice for collection and processing of Express Mail for mailing with the United States Postal Service. Under that practice, the Express Mail would be delivered to an authorized courier or dealer authorized by Express Mail to receive document(s) in the United States Postal Service on that same day in the ordinary course of business.

☐      (VIA FACSIMILE) I served the foregoing document(s) by facsimile transmission by use of facsimile machine number (949) 215-1999 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☐      (VIA OVERNIGHT COURIER) I served the foregoing document(s) by overnight by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by _____, which is an express carrier.

☐      (VIA HAND DELIVERY) I personally served the foregoing document(s) in this action by delivering such document(s) by hand to the addressee(s) shown above at the address(es) shown above, unless otherwise noted above.

☐      (VIA HAND DELIVERY BY COURIER) I caused to be delivered by hand on the interested parties in this case by placing the above-referenced document(s) thereof in an envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☒      (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1. ☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 20, 2016, at Las Vegas, Nevada.

*[signature]*
Rose C. Macalma